USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VAZQUEZ RIVERA,

                Plaintiff,

        -against-

Commissioner of Social Security,

                Defendant.
------------------------------------------------------------X

**ORDER**

21-CV-1498 (LJL) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

The Court is in receipt of Plaintiff's second letter motion for an extension of time to submit briefing. Even though afforded more time, the Court requests that the parties respond to the Court's order at ECF No. 17 regarding consenting to a decision by a magistrate judge under 28 U.S.C. § 636(c). The parties shall advise the Court as to whether they jointly consent to decision of this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the consent form available on the Southern District website at http://nysd.uscourts.gov/file/forms/consent-to-proceed-before-us-magistrate-judge. If both parties consent, they should complete counterparts of the form and return it to the Honorable Lewis J. Liman for approval, with a copy to my chambers. If either or both parties do not consent, counsel for Plaintiff shall report to chambers that the parties do not consent, without indicating any particular party's consent or non-consent. This Order is not meant to interfere in any way with the parties' absolute right to decision by a United States District Judge, but is merely an attempt at preserving scarce judicial resources.

Plaintiff shall notify the Court, in writing, whether the parties consent no later than Wednesday, February 9, 2022.

**SO ORDERED.**

Dated:	February 3, 2022
	New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge