UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE ALBERTO VAZQUEZ RIVERA,

                Plaintiff,                              21 **CIVIL** 1498 (KHP)

      -v-                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated August 9, 2022, the Court finds that the remand is appropriate to allow for a full development of the record. In addition, the Court finds that the ALJ applied the incorrect legal standards in her July 9, 2020 decision. Plaintiff's motion for judgment on the pleadings is GRANTED and Defendant's motion for judgment on the pleadings is DENIED. This case is remanded for further proceedings consistent with the decision.

**Dated:**  New York, New York
          August 11, 2022

                                                      **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                          **BY:**    *K. Mango*
                                                      **Deputy Clerk**